UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>Baltimore District Office<br>10 S. Howard Street, Third Floor<br>Baltimore, Maryland 21201<br><br>Plaintiff,<br><br>v.<br><br>CENVEO CORPORATION,<br>1820 Portal Street<br>Baltimore, MD 21224<br><br>One Canterbury Green<br>201 Broad Street<br>Stamford, CT 06901<br><br>Defendant. | Civil Action No.<br><br>COMPLAINT<br><br>JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act to correct unlawful employment practices on the basis of age and to provide appropriate relief to Jared Welsh. As alleged with greater particularity in paragraph 7 below, the Equal Employment Opportunity Commission ("the Commission") alleges that on or around December 28, 2009, Defendant discharged Welsh from his position as a sales representative because of his age, 66.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"),

which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Maryland, Northern Division.

## PARTIES

3. The Commission is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, Defendant Cenveo, a Delaware corporation, has continuously been doing business in the State of Maryland and the City of Baltimore, and has continuously had at least 20 employees.

5. At all relevant times, Defendant Cenveo has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

## CONCILIATION

6. Prior to institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## STATEMENT OF CLAIMS

7. On or around December 28, 2009, Defendant Cenveo engaged in unlawful employment practices at its Baltimore, Maryland facility, in violation of Section 4(a) of the

ADEA, 29 U.S.C. § 623(a). These practices include discharging Jared Welsh from his sales representative position because of his age, 66, as follows:

    a. Welsh was employed with Defendant as a sales representative. Welsh had worked for Defendant (or Defendant's predecessor) since 1991 in various positions.

    b. On or around December 28, 2009, Defendant informed Welsh that the Baltimore facility was closing and he would be separated from the company due to a reduction in force. Welsh later learned that he and another co-worker (69) were the only sales representatives selected for discharge, and that other younger individuals with the same job title were not selected.

    c. In November 2009, one month before the purported reduction in force, Defendant hired a younger sales representative.

    d. Welsh had the fourth-highest gross sales of all of the sales representatives in 2009, the year in which he was discharged. Welsh met his sales targets for three out of the most recent four years. Younger similarly-situated retained sales representatives failed to meet their performance targets for one or more years, and/or reduced their sales targets. Moreover, Welsh was not on a performance improvement plan and had never been disciplined for any performance issues.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Welsh of equal employment opportunities and otherwise adversely affect his status because of his age.

9. The unlawful employment practices complained of in paragraph 7 above were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Cenveo, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from discharging individuals on the basis of age and engaging in any other employment practice which discriminates on the basis of age against individuals 40 years of age and older.

B. Order Defendant Cenveo to institute and carry out policies, practices and programs which provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

C. Grant a judgment requiring Defendant Cenveo to pay appropriate back wages in an amount to be determined at trial, an equal sum as liquidated damages, and prejudgment interest to Jared Welsh, whose wages are being unlawfully withheld as a result of the acts complained of above.

D. Order Defendant Cenveo to make whole Jared Welsh by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to instatement and/or provide front pay where appropriate.

E. Grant such further relief as the Court deems necessary and proper in the public interest.

F. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

P. DAVID LOPEZ
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS

Associate General Counsel

_____
DEBRA LAWRENCE
Regional Attorney

_____
MARIA SALACUSE
Supervisory Trial Attorney

_____
LINDSEY A. WHITE
Trial Attorney
Federal Bar No. 29183

UNITED STATES EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION
Baltimore Field Office
10 S. Howard Street, 3rd Floor
Baltimore, Maryland 21201
Phone: (410) 209-2233
Fax: (410) 962-4270